70 F.3d 1252
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
Valentina BONDARENKO, Plaintiff, Appellee,
v.
U.S. DEPARTMENT OF STATE & Warren Christopher, etc.,
Defendants, Appellants.
 No. 93-1915.
 United States Court of Appeals, First Circuit.
 Nov. 23, 1994.
 
 Before CAMPBELL, Senior Circuit Judge, and CYR, Circuit Judge.
 
 ORDER OF THE COURT
 BY THE COURT:
 
 1
 Upon consideration of appellant's "Motion to Vacate Judgment in Part and Remand for dismissal of Complaint," and without opposition, it is ordered that the government's appeal (No. 93-1915) be dismissed as moot, and that this cause be remanded to the District Court with instructions to vacate that part of the judgment granting relief on the merits.
 
 
 2
 In appellee's cross-appeal (No. 93-1744) concerning the denial of attorney's fees, the government's "Motion to Dismiss Appeal for Failure to Prosecute" is granted, pursuant to Fed.R.App.P. 31(c).